**Opinion issued May 22, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00558-CV

_____

**TAKES A VILLAGE COMMUNITY CHURCH, ET AL., Appellants**

**V.**

**HARRIS COUNTY, ET AL., Appellees**

---

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Case No. 2017-67269**

---

## MEMORANDUM OPINION

Appellants have neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE §§ 51.207, 51.941(a), 101.041; Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation,

Misc. Docket No. 24-9047 (Tex. July 26, 2024). Further, appellants have not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellants did not respond. *See* TEX. R. APP. P. 5, 42.3(b), (c).

Accordingly, we dismiss the appeal for nonpayment of all required fees and for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.